

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG – 4 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                        CRIMINAL NO.: 3:23cr-62-TSL-LGI

BRETT MORRIS MCALPIN
JEFFREY ARWOOD MIDDLETON
CHRISTIAN LEE DEDMON
HUNTER THOMAS ELWARD
DANIEL READY OPDYKE
JOSHUA ALLEN HARTFIELD

## DETENTION ORDER

On August 3, 2023, the above-named defendants appeared before the Court for an

initial appearance/arraignment on an Information filed July 31, 2023.   Each Defendant,

being fully advised by the Court of his right to a detention hearing, confessed detention

and executed a Waiver of Detention in open court.

IT IS, THEREFORE, ORDERED that each defendant is remanded to the custody

of the U.S. Marshals Service pending a final disposition.

ORDERED this the _____4ᵗʰ_____ day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE